IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MISTY LEHIGH PAULK,[1]**

    **Plaintiff,**

**v.**                                                                                                                      No. 19-cv-0713 SMV

**ANDREW SAUL,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepayment of Fees (Long Form) [Doc. 2], filed on August 5, 2019. She requests that she be permitted to proceed in accordance with 28 U.S.C. § 1915 and to file her Complaint without paying the filing fee. [Doc. 2]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application to Proceed in District Court Without Prepayment of Fees (Long Form) [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

---

[1] Though Plaintiff lists her name as "Misty Leigh Paulk" in her Application to Proceed in District Court Without Prepayment of Fees (Long Form), *see* [Doc. 2] at 1, because both the Complaint and the Notice of Certificate of Good Standing list her name as "Misty Lehigh Paulk," *see* [Docs. 1, 4], the Court will use the latter spelling.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**