IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MISTY LEIGH PAULK,**[1]

    **Plaintiff,**

**v.**                                                  **No. 19-cv-0713 SMV**

**ANDREW SAUL,**
**Acting Commissioner of the Social Security,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **January 6, 2020**;

(2)     Defendant shall file a Response no later than **March 2, 2020**;

(3)     Plaintiff may file a Reply no later than **March 30, 2020**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] The original Complaint listed Plaintiff's name as "Misty Lehigh Paulk," [Doc. 1], but she corrected that spelling in her Amended Complaint [Doc. 8]. In the Amended Complaint, she lists her name as "Misty Leigh Paulk." *Id.* at 1.