# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MISTY LEIGH PAULK,**
    **Plaintiff,**

    **vs.**                                                                   CIV NO. 2:19-00713-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Docs. 22 and 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 1, 2019, to file a response, and Plaintiff shall have until April 15, 20119 to file a reply.

    SIGNED  _March 2_ , 2020.

                                                                         STEPHAN M. VIDMAR
                                                                         United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 02/28/2020*
LAURA HOLLAND
Special Assistant United States Attorney

*Electronically approved 02/26/2020*
EDWARD A. WICKLUND
FRANSCESCA J. MACDOWELL
Attorney for Plaintiff